■ In the Matter of TEANNA P., Appellant, v DAVID M., Respondent. [21 NYS3d 622]—

Order, Family Court, Bronx County (David Gilman, J.H.O.),

entered on or about December 16, 2014, which, after a fact-finding hearing, dismissed the petition for an order of protection and vacated a temporary order of protection, unanimously affirmed, without costs.

Family Court properly determined that petitioner failed to prove by a fair preponderance of the evidence that respondent's alleged conduct established a family offense (*see Matter of Rafael F. v Pedro Pablo N.*, 106 AD3d 635 [1st Dept 2013]). Petitioner alleged that respondent walked by her apartment building when she was in the front yard and stared at her in a way that made her feel scared and intimidated. She also asserted that respondent came to a store where she was, walked up to within two feet of her and called her a derogatory name. Even accepting these allegations as true, they do not support a determination that respondent's conduct constituted either harassment in the second degree or disorderly conduct (*see Matter of Christine P. v Machiste Q.*, 124 AD3d 531 [1st Dept 2015]; Penal Law §§ 240.26, 240.20). Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.